CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 11, 2024

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROOSEVELT HARRY WOODSON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L. SUMMERS, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 7:24-cv-00195<br><br>**MEMORANDUM OPINION**<br><br>By:   Hon. Thomas T. Cullen<br>          United States District Judge |

Plaintiff Roosevelt Harry Woodson, Jr., proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On April 8, 2024, an order sent to Woodson was returned to the court as undeliverable, indicating that Woodson was no longer incarcerated in the Virginia Department of Corrections. (*See* ECF No. 4.) The returned mail did not contain a forwarding address and, to date, Woodson has not provided the court with an updated address. Because the court has no way to contact Woodson, the court will dismiss this action without prejudice. The court notes that this dismissal is without prejudice to Woodson's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Woodson at his last known address.

**ENTERED** this 11th day of April, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE